1  ANTHONY J. DECRISTOFORO (SB #166171)
   aj.decristoforo@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781
6
7  Attorney for Defendants
   CALIFORNIA CHECK CASHING STORES,
8  LLC (erroneously sued as California Check
   Cashing Stores, Inc.) and CHECKSMART
9  FINANCIAL, LLC

10

11                     UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13                          WESTERN DIVISION

| | |
|---|---|
| 14  DESIREE GILBERG, on behalf of herself and others similarly situated,<br><br>15<br><br>16                 Plaintiff,<br><br>17        v.<br><br>18  CALIFORNIA CHECK CASHING STORES, INC., a California corporation; CHECKSMART FINANCIAL, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>22                 Defendants. | Case No.<br><br>DEFENDANTS CALIFORNIA CHECK CASHING STORES, LLC AND CHECKSMART FINANCIAL, LLC'S NOTICE OF REMOVAL<br><br>[28 U.S.C. § 1441]<br><br>(Los Angeles County Superior Court, Case No. BC588602)<br><br>Complaint Filed:  July 20, 2015 |

24  TO:        DESIREE GILBERG, PLAINTIFF, and to SHAUN SETAREH and

25             TUVIA KOROBKIN of Setareh Law Group, COUNSEL OF

26             RECORD FOR PLAINTIFF

27

28

1  AND TO:   CLERK OF THE UNITED STATES DISTRICT FOR THE

2         NORTHERN DISTRICT OF CALIFORNIA

3         PLEASE TAKE NOTICE that Defendants Checksmart Financial, LLC

4  ("Checksmart") and California Check Cashing Stores, LLC (erroneously sued as

5  California Check Cashing Stores, Inc.) ("CCCS") file this Notice of Removal

6  pursuant to 28 U.S.C. §§ 1441 and 1446, asserting federal question and

7  supplemental jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1367, to effect

8  removal of the above-captioned action, which was commenced in the Superior

9  Court of the State of California for the County of Los Angeles, and states that the

10 removal is proper for the following reasons:

11                    Background

12        1.     On or about July 20, 2015, Plaintiff Desiree Gilberg, on behalf of

13 herself, all others similarly situated ("Plaintiff") filed a Complaint in the Superior

14 Court of the State of California for the County of Los Angeles, Case No. BC588602

15 ("State Action").  Plaintiff's Complaint alleges two causes of action under the Fair

16 Credit Reporting Act, one cause of action for violation of California's Investigative

17 Consumer Reporting Agencies Act, and one cause of action for violation of

18 California's Consumer Credit Reporting Agencies Act.

19                  Timeliness of Removal

20        2.     Defendant Checksmart was served with this Complaint in this matter

21 on August 4, 2015.  Defendant CCCS has not been served with the Complaint but

22 joins in this Notice of Removal.

23        3.     The consent of unnamed defendants identified as "DOES 1-50,

24 inclusive" is not necessary for removal.  *Fristoe v. Reynolds Metals Co.*, 615 F.2d

25 1209, 1213 (9th Cir. 1980) (unnamed defendants are not required to be joined in a

26 removal petition).

27        4.     This Notice of Removal is timely pursuant to 28 U.S.C. § 1446

28 because it is filed within 30 days of Defendant Checksmart's initial receipt of the

1  Summons and Complaint.  28 U.S.C. 1446(b); *Murphy Bros., Inc. v. Michetti Pipe*

2  *Stringing, Inc.*, 526 U.S. 344, 354 (1999) (30-day deadline to remove commenced

3  upon service of the summons and complaint).

4  Federal Question and Supplemental Jurisdiction

5      4.    Plaintiff's first and second causes of action allege a violation of the

6  Fair Credit Reporting Act ("FCRA"), located at 15 U.S.C. § 1681, *et seq.*  These

7  causes of action are sufficient to establish federal question jurisdiction pursuant to

8  28 U.S.C. § 1331.

9      5.    Plaintiff's third and fourth causes of action allege violations of the

10  California Investigative Consumer Reporting Agencies Act ("ICRAA"), located at

11  Cal. Civ. Code § 1786, *et seq.* and the California Consumer Reporting Agencies

12  Act ("CCRAA"), located at Cal. Civ. Code § 1785, *et seq.*  Because those claims

13  arise as part of the same case or controversy, the Court has supplemental

14  jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

15  Venue

16      6.    Venue lies in the Western Division of this Court pursuant to 28 U.S.C.

17  § 1441(a), as Plaintiff originally brought this action in the Superior Court of the

18  State of California, County of Los Angeles.

19  Service of Notice of Removal

20      7.    Notice of this removal will promptly be served on Plaintiff and the

21  Clerk of the Superior Court in and for the County of Los Angeles.

22      8.    In compliance with 28 U.S.C. § 1446(a), true and correct copies of all

23  process, pleadings, and orders served in this action, including the Summons and

24  Complaint, are attached hereto as Exhibit A.

25      WHEREFORE, Defendants Checksmart and CCCS pray that this civil action

26  be removed from the Superior Court of the State of California, County of Los

27  Angeles, to the United States District for the Central District of California.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO
79893286.1 0043773-00000

1

2

DATED:  September 2, 2015            STOEL RIVES LLP

3

4

By: /s/ Bryan L. Hawkins
ANTHONY J. DECRISTOFORO
BRYAN L. HAWKINS
Attorneys for Defendants
CALIFORNIA CHECK CASHING
STORES, LLC (erroneously sued as
California Check Cashing Stores,
Inc.) and CHECKSMART
FINANCIAL, LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28