UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE GILBERG, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CHECK CASHING STORES, INC., a California corporation; CHECKSMART FINANCIAL, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02309-JAM-AC<br><br>[~~PROPOSED~~] ORDER<br><br><u>Hearing:</u><br>Date:      June 6, 2017<br>Time:     1:30 p.m.<br>Courtroom: 6, 14th Floor<br>Judge:    Honorable John A. Mendez |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | The motion of Defendants California Check Cashing Stores, LLC and CheckSmart |
| 3 | Financial, LLC (collectively "CheckSmart") for summary judgment or, in the alternative, partial |
| 4 | summary judgment, on each and every claim brought by Plaintiff Desiree Gilberg ("Plaintiff") |
| 5 | against them in this action came on for hearing before this Court on June 6, 2017, at 1:30 p.m. in |
| 6 | Department 6 before the Honorable John A. Mendez. All appearances were noted in the Court's |
| 7 | records. |
| 8 | The Court, having reviewed the moving and opposing papers, and having considered the |
| 9 | arguments of counsel hereby GRANTS CheckSmart's Motion for Summary Judgment for all the |
| 10 | reasons stated on the record and dismisses all claims against CheckSmart with prejudice. |
| 11 | IT IS SO ORDERED. |

DATED: June 12, 2017

_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

DATED: June 7, 2017        SETAREH LAW GROUP


By: /s/ H. Scott Leviant (as authorized on June 7, 2017)
    SHAUN SETAREH
    H. SCOTT LEVIANT
    THOMAS SEGAL
    Attorneys for Plaintiff
    DESIREE GILBERG


DATED: June 7, 2017        STOEL RIVES LLP


By: /s/ Bryan L. Hawkins
    TIMOTHY W. SNIDER (*Pro Hac Vice*)
    CRYSTAL S. CHASE (*Pro Hac Vice*)
    BRYAN L. HAWKINS
    Attorneys for Defendants
    CALIFORNIA CHECK CASHING STORES, LLC (erroneously sued as California Check Cashing Stores, Inc.) and CHECKSMART FINANCIAL, LLC