## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                               **JUDGMENT IN A CIVIL CASE**

**DESIREE GILBERG,**

                                               CASE NO: **2:15−CV−02309−JAM−AC**

              v.

**CALIFORNIA CHECK CASHING STORES, LLC, ET AL.,**

**XX −− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/12/2017**

                                                   **Marianne Matherly**
                                                    Clerk of Court

ENTERED: **June 13, 2017**

                                        by: /s/ L. Reader
                                                  Deputy Clerk