Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
    scott@setarehlaw.com
Thomas Segal (SBN 222791)
    thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:    (310) 888-7771
Facsimile:    (310) 888-0109

Attorneys for Plaintiff DESIREE GILBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DESIREE GILBERG, on behalf of herself and others similarly situated,<br><br>     Plaintiff(s),<br><br>  v.<br><br>CALIFORNIA CHECK CASHING STORES, INC., et al.,<br><br>     Defendants. | Case No.: 2:15-cv-02309-JAM-AC<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>[Fed. R. App. P. 12(b)]<br><br>Complaint filed:  July 20, 2015<br>Removed to C.D.: September 2, 2015<br>Transferred to E.D.: November 6, 2015<br>Judgment Entered: June 13, 2017 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE IS HEREBY GIVEN that Plaintiff in the above-captioned action, DESIREE GILBERG, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the JUDGMENT following the ORDER granting Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 54 [Dkt. No. 62] entered in this action on June 13, 2017, the ORDER granting Defendants' Motion for Summary Judgment filed in this action on June 12, 2017 and entered June 13, 2017 [Dkt. No. 61], and all other orders, rulings, decisions, or opinions merged therein.

Respectfully submitted,

Dated: June 14, 2017            **SETAREH LAW GROUP**

By:  /s/ H. Scott Leviant
     Shaun Setareh
     H. Scott Leviant

Attorneys for Plaintiff, DESIREE GILBERG

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), the following are all of the parties to this action and their respective counsel:

**PLAINTIFF**:  DESIREE GILBERG

**PLAINTIFF'S COUNSEL**:

SHAUN SETAREH (SBN 204514)
        shaun@setarehlaw.com
H. SCOTT LEVIANT (SBN 200834)
        scott@setarehlaw.com
THOMAS SEGAL (SBN 222791)
        thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone:     (310) 888-7771
Facsimile:     (310) 888-0109

**DEFENDANTS**:        CALIFORNIA CHECK CASHING STORES, LLC (erroneously sued as

California Check Cashing Stores, Inc.) and CHECKSMART FINANCIAL, LLC

**DEFENDANTS' COUNSEL**:

BRYAN L. HAWKINS (SBN 238346)
        bryan.hawkins@stoel.com
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:     (916) 447-0700
Facsimile:     (916) 447-4781

TIMOTHY W. SNIDER (*Pro Hac Vice*)
        timothy.snider@stoel.com
CRYSTAL S. CHASE (*Pro Hac Vice*)
        crystal.chase@stoel.com
**STOEL RIVES LLP**
900 SW Fifth Ave., Suite 2600
Portland, OR  97204
Telephone:     (503) 224-3380
Facsimile:     (503) 220-2480