| | |
|---|---|
| Shaun Setareh (SBN 204514)<br>shaun@setarehlaw.com<br>William M. Pao (SBN 219846)<br>william@setarehlaw.com<br>SETAREH LAW GROUP<br>315 South Beverly Drive, Suite 315<br>Beverly Hills, California 90212<br>Telephone (310) 888-7771<br>Facsimile (310) 888-0109<br><br>Attorneys for Plaintiff<br>DESIREE GILBERG | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

| | |
|---|---|
| DESIREE GILBERG, on behalf of herself, all others similarly situated, and the general public<br>*Plaintiff*,<br><br>vs.<br><br>CALIFORNIA CHECK CASHING STORES, INC., a California corporation; CHECKSMART FINANCIAL, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br>*Defendants*. | Case No. 2:15-cv-02309-JAM-AC<br><br>Assigned For All Purposes To The Honorable John A. Mendez, Courtroom 6<br><br>**STIPULATION REGARDING WITHDRAWAL OF ATTORNEY H. SCOTT LEVIANT AS COUNSEL FOR PLAINTIFF**<br><br>Action Filed: July 20, 2015 |

| | |
|---|---|
| 1 | Plaintiff DESIREE GILBERG ("Plaintiff"), by and through her counsel of record, Setareh |
| 2 | Law Group ("SLG"), and H. Scott Leviant, hereby stipulate as follows: |
| 3 | WHEREAS, H. Scott Leviant left the firm of Setareh Law Group, effective February 25, |
| 4 | 2019 and no longer serves as counsel for Plaintiff. |
| 5 | WHEREFORE, SLG, and H. Scott Leviant, hereby stipulate that: |
| 6 | 1. H. Scott Leviant is no longer counsel of record for Plaintiff. |
| 7 | 2. Shaun Setareh and the other attorneys at Setareh Law Group will continue to serve as |
| 8 | counsel for Plaintiff. |

DATED: November 4, 2019          SETAREH LAW GROUP

*/s/ Shaun Setareh*
SHAUN SETAREH
Attorneys for Plaintiff
DESIREE GILBERG

DATED: November 4, 2019

*/s/ H. Scott Leviant*
H. SCOTT LEVIANT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November **5**, 2019

United States District Court Judge John A. Mendez

---

STIPULATION REGARDING WITHDRAWAL OF ATTORNEY H. SCOTT LEVIANT AS COUNSEL FOR PLAINTIFF