Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
Nolan E. Dilts (SBN 328904)
  nolan@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Boulevard, Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
DESIREE GILBERG

*(Additional Counsel Listed on Following Page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DESIREE GILBERG, on behalf of herself and others similarly situated,<br><br>　　　　*Plaintiffs*,<br>　　vs.<br><br>CALIFORNIA CHECK CASHING STORES, INC., a California corporation; CHECKSMART FINANCIAL, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　*Defendants.* | Case No. 2:15-cv-02309-JAM-AC<br><br>Assigned For All Purposes to the Honorable John A. Mendez, Courtroom 6<br><br>**STIPULATION AND ORDER RE ADDITIONAL SETTLEMENT ADMINISTRATION COSTS**<br><br>Action Filed:　July 20, 2015 |

Timothy W. Snider (*pro hac vice*)
  timothy.snider@stoel.com
Crystal S. Chase (*pro hac vice*)
  crystal.chase@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, Oregon 97204
Telephone (503) 224-3380
Facsimile (503) 220-2480

Bryan L. Hawkins (SBN 238346)
  bryan.hawkins@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone (916) 447-0700
Facsimile (916) 447-4781

Attorneys for Plaintiffs
CALIFORNIA CHECK CASHING STORES, LLC
(erroneously sued as California Check Cashing Stores, Inc.)
and CHECKSMART FINANCIAL, LLC

STIPULATION AND ORDER RE ADDITIONAL SETTLEMENT ADMINISTRATION COSTS

# STIPULATION AND ORDER

TO THE HONORABLE COURT:

Plaintiff DESIREE GILBERG, and Defendant CALIFORNIA CHECK CASHING STORES, LLC and CHECKSMART FINANCIAL, LLC, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the third-party settlement administrator Simpluris, Inc. ("Simpluris") appointed to administer the settlement in this action previously submitted a bid in the amount of $42,773.03;

WHEREAS, Simpluris informed the parties that there were 2,067 class members for whom only the name, date of birth and first five digits of the Social Security number were available;

WHEREAS, Simpluris informed the parties that any skip tracing of these individuals will have to be performed manually;

WHEREAS, Simpluris submitted a revised bid of $54,773.03, an increase of $12,000.00 to cover the additional costs of manually skip tracing 2,067 class members;

WHEREAS, the parties settlement agreement provides for a cap of $50,000.00 for settlement administration costs;

NOW THEREFORE, the parties agree and stipulate as follows:

1. The cap of settlement administration costs in the amount of $50,000.00 as provided in paragraph 37(c) of the Joint Stipulation of Class Action Settlement and Certification of Settlement Class is hereby amended to $54,773.03, subject to this Court's approval.

IT IS SO STIPULATED.

DATED: March 30, 2023                    SETAREH LAW GROUP

*/s/ Shaun Setareh*
SHAUN SETAREH
WILLIAM M. PAO
NOLAN DILTS
Attorneys for Plaintiff
DESIREE GILBERG

1  DATED: March 30, 2023                    STOEL RIVES LLP

                                            */s/ Timothy W. Snider*
                                            TIMOTHY W. SNIDER
                                            CRYSTAL S. CHASE
                                            BRYAN L. HAWKINS
                                            Attorneys for Defendants
                                            CALIFORNIA CHECK CASHING STORES, LLC and
                                            CHECKSMART FINANCIAL, LLC

STIPULATION AND ORDER RE ADDITIONAL SETTLEMENT ADMINISTRATION COSTS

**ATTESTATION OF CONSENT TO SIGN**

I, Shaun Setareh, hereby affirm, under penalty of perjury under laws of the United States of America, that I obtained concurrence in the filing of this document from each of the signatories indicated above.

DATED: March 29, 2023                     /s/ Shaun Setareh
                                          Shaun Setareh

# ORDER

Having considered the parties' stipulation, and good cause appearing therefor,

IT IS SO ORDERED that:

1. The cap of settlement administration costs in the amount of $50,000.00 as provided in paragraph 37(c) of the Stipulation of Class Action Settlement and Certification of Settlement Class is hereby **AMENDED** to $54,773.03.

Dated: March 30, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE